
U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

August 30, 2012

**BY HAND DELIVERY**
The Honorable Richard M. Berman
United States District Court
Southern District of New York
500 Pearl Street, Room 1320
New York, New York 10007



    Re:    <u>United States</u> v. <u>Roomy Khan</u>,
            09 Cr. 991 (RMB)

Dear Judge Berman:

        A control date for Ms. Khan's sentencing has been scheduled for September 5, 2012. The Government respectfully requests that the Court postpone the control date for approximately three weeks. During that time, the Government anticipates that it will contact this Court (and Judge Rakoff) to advise the Court of: (1) Ms. Khan's recent testimony before Judge Rakoff in the trial of <u>United States</u> v. <u>Doug Whitman</u>, 12 Cr. 125 (JSR), which culminated on August 20, 2012; and (2) the related nature of the proceedings against Ms. Khan and Mr. Whitman. The Government may at that time request a sentencing date for Ms. Khan, but has not yet made a final determination as to this issue. Counsel for Ms. Khan has no objection to Government's request.

Respectfully submitted,

PREET BHARARA
United States Attorney
Southern District of New York

By:   /s/ Jillian Berman
Jillian Berman
Assistant United States Attorney
(212) 637-2197

cc (by email): Stanislao German, Esq. (counsel to Khan)

*[Handwritten:]* 9/5/12 conference is vacated.

SO ORDERED:
Date: 9/4/12    *[signed]* Richard M. Berman
                      Richard M. Berman, U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/4/12